# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:13-cr-0052-GMN-GWF |
| vs. ) | |
| ) | **ORDER** |
| MIGUEL RUIZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pending before the Court is Defendant Miguel Ruiz's Motion for a Sentence Reduction under Amendment 782 of 18 U.S.C. 3582(c). (ECF No. 99).

Defendant's original Base Offense Level was 32, which was lessened by an additional two-levels because he qualified for a role reduction, resulting in an actual Base Offense Level of 30. Under the amended Sentencing Guidelines, the Base Offense Level is now 30, rather than the original 32; therefore, no further reduction is applied, pursuant to USSG § 2D1.1(a)(5) since the Base Offense Level is not 32 or higher. Thus, the Base Offense Level remains the same. Accordingly, the Court finds that Defendant is ineligible for any reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2), Amendment 782, and pursuant to U.S.S.G. § 1B1.10, effective November 1, 2014.

**IT IS HEREBY ORDERED** that Defendant's Motion for a Sentence Reduction (ECF No. 99) is DENIED.

**DATED** this __23__ day of November, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Judge