AO 245D (Rev. 09/20)   Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
District of Nevada

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | (For **Revocation** of Probation or Supervised Release) |
| MIGUEL RUIZ | ) | Case No.  2:13-cr-00052-GMN-GWF-2 |
|  | ) | USM No. 47791-048 |
|  | ) | Annie Youchah, AFPD |
|  |  | Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   1, 2A, and 2B in the Petition (# 158)   of the term of supervision.

☐ was found in violation of condition(s) count(s) _____   after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 in the Petition (# 158) | Substance Abuse Treatment | 02/12/2021 |
| 2A in the Petition (# 158) | Drug Testing | 12/15/2020 |
| 2B in the Petition (# 158) | Drug Testing | 01/04/2021 |

The defendant is sentenced as provided in pages 2 through   3   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:   4501

Defendant's Year of Birth:   1986

City and State of Defendant's Residence:
In Custody

08/24/2021
Date of Imposition of Judgment

*(signature)*
Signature of Judge

Gloria M. Navarro, District Judge, U.S. District Court
Name and Title of Judge

August 24, 2021
Date

Judgment — Page 2 of 3

**DEFENDANT:** MIGUEL RUIZ
**CASE NUMBER:** 2:13-cr-00052-GMN-GWF-2

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :
90 DAYS

☑ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends that the Defendant be allowed to serve the remainder of his sentence at the Southern Nevada Detention Center.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D (Rev. 09/20)   Judgment in a Criminal Case for Revocations
Sheet 3 — Supervised Release

Judgment—Page 3 of 3

DEFENDANT: MIGUEL RUIZ
CASE NUMBER: 2:13-cr-00052-GMN-GWF-2

## SUPERVISED RELEASE

NO SUPERVISION TO FOLLOW